No. 22-7138                                     September Term, 2023

1:20-cv-03138-TJK

Filed On: March 4, 2024

Yan Zhao, et al.,

    Appellants

    v.

Keqiang Li, For his official capacity of The Politburo of the Chinese Communist Party (CCP), et al.,

    Appellees

------------------------------

Consolidated with 22-7152

**O R D E R**

Upon consideration of the stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that these consolidated cases are dismissed.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Emily Campbell
        Deputy Clerk